Same case below, 412 Fed. Appx. 803.

Same case below, 405 Fed. Appx. 129.

**No. 11-30. Morrison Enterprises, LLC, Petitioner v. Dravo Corporation.**

565 U.S. 879, 132 S. Ct. 244, 181 L. Ed. 2d 140, 2011 U.S. LEXIS 5440.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 638 F.3d 594.

**No. 11-31. Patricia Medina Talbert, Petitioner v. The Judiciary of the State of New Jersey, et al.**

565 U.S. 879, 132 S. Ct. 244, 181 L. Ed. 2d 140, 2011 U.S. LEXIS 5621.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 420 Fed. Appx. 140.

**No. 11-32. Wells Fargo Bank, N.A., Petitioner v. Tony N. Issacs, et al.**

565 U.S. 879, 132 S. Ct. 245, 181 L. Ed. 2d 140, 2011 U.S. LEXIS 5232.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Hamilton County, denied.

**No. 11-33. Allen Hassan, Petitioner v. Fred Morawcznski.**

565 U.S. 879, 132 S. Ct. 245, 181 L. Ed. 2d 140, 2011 U.S. LEXIS 5617.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-34. Edward H. Flint, Petitioner v. Coach House, Inc., et al.**

565 U.S. 879, 132 S. Ct. 245, 181 L. Ed. 2d 140, 2011 U.S. LEXIS 5283.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Kentucky denied.

**No. 11-39. Katharina Guenter Reimer, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 880, 132 S. Ct. 245, 181 L. Ed. 2d 140, 2011 U.S. LEXIS 5216.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 472 Fed. Appx. 286.

**No. 11-41. Wolf Vierich, aka Wolfgang Vierich, Petitioner v. MGM Grand Hotel, LLC, et al.**

565 U.S. 880, 132 S. Ct. 245, 181 L. Ed. 2d 140, 2011 U.S. LEXIS 5428.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 127 Nev. 1183, 373 P.3d 970.

**No. 11-43. Keidrick C. Wooten, et al., Petitioners v. Quicken Loans Inc.**

565 U.S. 880, 132 S. Ct. 245, 181 L. Ed. 2d 140, 2011 U.S. LEXIS 5215.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.